```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
R.R. and Z.R., individually and on behalf of D.R., a                    :
minor with a disability,                                                :
                                                                        :
                                Plaintiffs,                             :     24 Civ. 8389 (JPC)
                                                                        :
           -v-                                                          :     ORDER
                                                                        :
NEW YORK CITY DEPARTMENT OF                                             :
EDUCATION,                                                              :
                                                                        :
                                Defendant.                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On or before November 5, 2024, Plaintiffs shall serve a copy of the Complaint in this action, Dkt. 1, as well as Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Dkt. 4, and all supporting paperwork on Defendant, and file a certificate of service on the docket no later than November 7, 2024.  Defendant shall file its response to Plaintiffs' Motion on or before November 14, 2024.  Plaintiffs may file a reply on or before November 18, 2024.

Defendant shall appear and show cause at a hearing before this Court on November 22, 2024, at 9:30 a.m., why a temporary restraining order and/or a preliminary injunction should not issue.  The hearing shall take place in person in Courtroom 12D at 500 Pearl Street, New York, NY 10007.

It is further ordered that Plaintiffs serve Defendant with a copy of this order on or before November 5, 2024, and file a certificate of service on the docket no later than November 7, 2024.

SO ORDERED.

Dated: November 4, 2024
       New York, New York                            _____
                                                     JOHN P. CRONAN
                                                     United States District Judge