UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
R.R. and Z.R., individually and on behalf of D.R., a        :
minor with a disability,                                                       :
:
                                  Plaintiffs,       :       24 Civ. 8389 (JPC)
:
           -v-       :       ORDER
:
NEW YORK CITY DEPARTMENT OF                            :
EDUCATION,                                                                    :
:
                                  Defendant.       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall file simultaneous supplemental letter briefs, supported as necessary by further affidavits and/or other materials, updating the Court regarding the status of Defendant's provision of transportation paraprofessional services. The letter briefs shall address whether, since November 18, 2024, transportation paraprofessionals have been providing reliable service to D.R. in accordance with D.R.'s Individualized Education Program and whether there is any reasonable cause to believe that D.R.'s transportation paraprofessional services will be interrupted in the future. The parties shall also address whether, in light of Defendant's provision (or lack thereof) of reliable paraprofessional services, injunctive relief remains appropriate. The parties shall file their respective submissions on or before December 6, 2024.

       SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                                  United States District Judge