UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
R.R. and Z.R., individually and on behalf of D.R., a minor with a disability,

                Plaintiffs,

    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
------------------------------------------------------------------------X

24 Civ. 8389 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    On December 10, 2024, the Court granted in part and denied in part Plaintiffs' motion for a preliminary injunction. Dkt. 24. To date, Defendant has been submitting biweekly status letters as required under the terms of the Court's injunction, but has yet to respond to or otherwise move with respect to Plaintiffs' Complaint, Dkt. 10. Accordingly, the parties are directed to file a joint status letter on or before February 3, 2025, updating the Court as to the status of this litigation and proposing next steps.

    SO ORDERED.

Dated: January 27, 2025
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge