UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
R.R. and Z.R., individually and on behalf of D.R., a minor with a disability,

                        Plaintiffs,                          24 Civ. 8389 (JPC)

        -v-                                      ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 6, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for July 1, 2025, at 2:00 p.m. Dkt. 36. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due on June 24, 2025. The parties failed to submit either.

By 5:00 p.m. on June 26, 2025, it is hereby ordered that the parties must file the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 36. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge